NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Esther M. Talley, | No. CV-15-01359-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Barclays Bank Delaware, *et al.*, | |
| Defendants. | |

UPON stipulation of the parties (Doc. 24), and good cause appearing,

IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice as to Defendant Equifax Incorporated, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter as all defendants have been dismissed.

Dated this 20th day of November, 2015.

Honorable John J. Tuchi
United States District Judge